

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00118-CR

Aaron Patrick **ALANIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1543
The Honorable Angus McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 12, 2014.

_____
Marialyn Barnard, Justice